**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6150**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

MARION MAYS,

Defendant - Appellant.

**No. 20-6323**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

MARION MAYS,

Defendant - Appellant.

Appeals from the United States District Court for the District of South Carolina, at Aiken. Margaret B. Seymour, Senior District Judge. (1:03-cr-00726-MBS-1)

Submitted: July 21, 2020                                                     Decided: July 24, 2020

Before AGEE, DIAZ, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Marion Mays, Appellant Pro Se. Jane Barrett Taylor, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marion Mays appeals the district court's orders denying his motion seeking a sentence reduction under the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194, and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *See United States v. Mays*, No. 1:03-cr-00726-MBS-1 (D.S.C. Jan. 16, 2020 & Feb. 24, 2020). We grant Mays' motion to amend but deny his motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*